# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TUCKER MCCORMACK and DANIEL HOLLINGSWORTH, <br><br> Plaintiffs, <br><br> v. <br><br> GAGLIANO'S LIQUOR, INC., doing business as The Bottle Shoppe, and MICHAEL L. HUDSON, <br><br> Defendants. | No. 2:21-cv-02719-TLP-cgc <br><br> JURY DEMAND |

## ORDER GRANTING MOTION FOR FLSA SETTLEMENT APPROVAL

The parties jointly move for approval of settlement under the Fair Labor Standards Act. (ECF No. 22.) And the parties submitted the Settlement Agreement for inspection and review. (ECF No. 22-1.) Plaintiffs' counsel also submitted a declaration in support of its attorney fees calculation, along with an itemized list of expenses. (*See* ECF No. 25.)

Having reviewed the joint motion (ECF No. 22), the Proposed Settlement Agreement (ECF No. 22-1), and the justification for the attorney fees (ECF No. 25.), the Court finds that the Settlement Agreement is a fair and reasonable resolution of Plaintiffs' claims. The Court, therefore, **GRANTS** the joint motion for FLSA settlement approval.

**SO ORDERED**, this 7th day of April, 2022.

                                                s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE