# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TUCKER MCCORMACK and DANIEL HOLLINGSWORTH, </br></br>   Plaintiffs, </br></br> v. </br></br> GAGLIANOS LIQUOR, INC., doing business as The Bottle Shoppe, and MICHAEL L. HUDSON, </br></br>   Defendants. | No. 2:21-cv-02719-TLP-cgc </br></br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT**. This action came before the Court on Plaintiff's Complaint, filed on November 15, 2021. (ECF No. 1.) In accordance with the Order Granting Motion for FLSA Settlement Approval (ECF No. 26), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 13, 2022
Date